IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEREMY SCOTT BALZAN,

        Appellant,

 v.

Case No.    5D21-2429
LT Case No. 2017-CA-007942

STATE OF FLORIDA, DEPARTMENT OF
TRANSPORTATION AND FLORIDA
POLICE BENEVOLENT ASSOCIATION,

        Appellees.
_____/

Decision filed November 29, 2022

Appeal from the Circuit Court
for Orange County,
Denise Beamer, Judge.

Jerry Girley, of The Girley Law Firm, PA,
Orlando, for Appellant.

Erin J. O'Leary and Jeffrey S. Weiss, of
Garganese, Weiss,  D' Agresta & Salzman,
P.A., Orlando, for Appellee, State of
Florida Department of Highway Safety.

No Appearance for Other Appellees.

PER CURIAM.

     AFFIRMED.

COHEN, SASSO and WOZNIAK, JJ., concur.